Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Maxum Indemnity Company** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 17-2211 |
| | ) |
| **Towne Pub Inc, Jordan Maxey,** | ) |
| **Sabrina Wilder, Evanelle Jeffo and** | ) |
| **Sheri Savage** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff and against Defendants.

**Dated: 7/9/18**

s/ Denise Koester
Denise Koester
Acting Clerk, U.S. District Court
